1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   HON LAU,                              )     NO. CV 10-10007 JSL (FMO)
                                           )
12                  Petitioner,            )
                                           )
13            v.                           )     **JUDGMENT**
                                           )
14   STATE OF CALIFORNIA,                  )
                                           )
15                  Respondent.            )
                                           )
16   ────────────────────────────────────

17        IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

18

19   DATED:  _Jan 25,  2011.

20

21                                         ─────────────────────────────────────

22                               J. SPENCER LETTS
                                 SENIOR UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28